IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY AMMONS,

    Plaintiff,                    No. CIV S-10-0544 JAM DAD P

    vs.

C. BAKEWELL, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 16, 2010, plaintiff filed a motion for an extension of time to conduct discovery, which the court denied without prejudice. On November 8, 2010, plaintiff filed a motion to withdraw his September 16, 2010 motion. As noted above, the court has already denied plaintiff's motion. Accordingly, the court will deny plaintiff's pending motion as moot.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 8, 2010 motion (Doc. No. 25) is denied as moot.

DATED: November 18, 2010.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ammo0544.moot

1