IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY AMMONS,

    Plaintiff,                    No. CIV S-10-0544 KJM DAD P

    vs.

C. BAKEWELL, et al.,

    Defendants.          <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with this civil rights action. On December 27, 2010, plaintiff filed a motion for a court order to obtain the attendance of an incarcerated witness. At this time, plaintiff's motion is premature. On January 3, 2011, defendant Bakewell filed a motion for summary judgment. After the court rules on defendant's motion, if necessary the parties will be required to file pretrial statements. At that time, plaintiff may submit a motion making a particularized showing to obtain the attendance of any incarcerated witnesses at trial.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff' December 27, 2010 motion for a court order to obtain the attendance of an incarcerated witness (Doc. No. 27) is denied as premature.

DATED: February 8, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ammo0544.witn