IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY AMMONS,

    Plaintiff,               No. CIV S-10-0544 KJM DAD P

    vs.

C. BAKEWELL, et al.,

    Defendants.         <u>ORDER</u>

_____/

        On April 27, 2011, plaintiff filed an untimely motion for summary judgment (Doc. No. 38) in this action. Plaintiff is advised that this court's June 17, 2010 scheduling order required that all pretrial motions be filed on or before January 3, 2011. Accordingly, plaintiff's motion will be stricken as having been untimely filed.

        IT IS SO ORDERED.

DATED: May 5, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ammo0544.oot